

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 SEP 26 PM 2: 11

OFFICE OF THE CLERK

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF BROWN 2002 CHEVROLET IMPALA, BEARING NEBRASKA LICENSE PLATE UZP437, with a VIN OF 2G1WF55E129336137 | ) ) ) ) ) ) ) ) ) ) ) ) |  8:17MJ342<br>ORDER TO<br>DELAY NOTIFICATION<br>OF WARRANT FOR<br>TRACKING DEVICES<br><br>(Fed. R. Crim. P. 41;<br>18 U.S.C. § 3117)<br><br>(UNDER SEAL) |

Request having been made before me by the United States of America, by and through Martin J. Conboy IV, Assistant United States Attorney for an Order delaying notification of execution of the Search Warrant in the matter captioned above for 90 days;

AND the Court having found reasonable cause to believe that providing notice of the Search Warrant at this time may have an adverse result as defined in Title 18, United States Code, Sections 3103a(b)(1) & 2705;

NOW THEREFORE, IT IS ORDERED, that the government is authorized to delay service of notice for a period of 90 days, from September 24, 2018, to any person, or until further Order of the Court; and

IT IS FURTHER ORDERED that this Order and the government's Request are hereby SEALED until further Order of the Court.

Dated: September 26, 2018.

MICHAEL D. NELSON,
United States Magistrate Judge

Cert copy USA